| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | FILED<br><br>DEC 9 2025<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

LOS ANGELES PRESS CLUB and STATUS COUP,

      Plaintiffs - Appellees,

 v.

CITY OF LOS ANGELES, a municipal entity and JIM MCDONNELL, LAPD Chief, sued in his official capacity,

      Defendants - Appellants.

No. 25-6331

D.C. No. 2:25-cv-05423-HDV-E
Central District of California, Los Angeles

ORDER

The parties' joint motion for stay pending mediation (Dkt. No. 25) is GRANTED. The briefing schedule, hearing date, and submission date are hereby VACATED. The parties are directed to the Circuit Mediator to attempt resolving their dispute through mediation. The parties may also, at any point, elect to pursue private mediation at their own expense if they determine that would be more productive. If the parties elect private mediation, they shall file a joint motion to hold the case in abeyance pending the outcome of private mediation. The parties shall file a joint status report in this Court every 30 days beginning on January 10, 2026.

2

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT