No. 25-6331

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

---

LOS ANGELES PRESS CLUB, et al.,
Plaintiffs-Appellees

v.

CITY OF LOS ANGELES and JIM MC DONNELL
Defendants-Appellants.

---

Appeal from the United States District Court
Case No. 25-cv-05423-HDV-E
Hon. Hernan D. Vera

---

**JOINT STATUS REPORT**

---

HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
KATHLEEN A. KENEALY, Chief Assistant City Attorney (SBN 212289)
*SHAUN DABBY JACOBS, Supervising Assistant City Attorney (SBN 185073)
200 North Spring Street, 14th Floor, City Hall
Los Angeles, California 90012-4130
Phone: (213) 978-2704 | Email: shaun.jacobs@lacity.org

Attorneys for Defendants and Appellants
City of Los Angeles and Jim McDonnell

Pursuant to the Court's Order filed December 9, 2025, the parties submit the following joint status report regarding mediation:

On Friday, December 16, 2025, counsel for the parties participated in a conference call with Circuit Mediator Kyungah "Kay" Suk. Pursuant to a schedule agreed upon by the mediator and the parties, on Friday, December 19, 2025, counsel for Defendants-Appellants emailed counsel for Plaintiffs-Appellees a settlement proposal. On Tuesday, January 6, 2026, counsel for Plaintiffs-Appellees emailed a letter responding to the settlement proposal.

On Wednesday, January 7, 2026, the parties participated in a conference call with Ms. Suk. The parties and mediator agreed that counsel for Defendants-Appellants will respond to the letter sent by counsel for Plaintiffs-Appellees by Friday, January 16, 2026, and that counsel for the parties will participate in another conference call with Ms. Suk on January 28, 2026.

///
///
///

The parties are committed to working in good faith to resolve the matter and believe that the stay remains warranted to allow mediation to continue.

Dated: January 9, 2026

    HYDEE FELDSTEIN SOTO, City Attorney
    DENISE C. MILLS, Chief Deputy City Attorney
    KATHLEEN A. KENEALY, Chief Assistant City Attorney
    SHAUN DABBY JACOBS, Supr. Assistant City Attorney

*/s Shaun Dabby Jacobs*

**SHAUN DABBY JACOBS**
Supervising Assistant City Attorney
Attorneys for Defendants and Appellants
City of Los Angeles and Jim McDonnell

LAW OFFICE OF CAROL A. SOBEL
FIRST AMENDMENT COALITION
LAW OFFICE OF PETER BIBRING
SCHONBRUN, SEPLOW, HARRIS, HOFFMAN & ZELDES
LAW OFFICE OF SUSAN SEAGER

*/s Peter Bibring*

Attorney for Plaintiffs and Appellees
LA Press Club and Status Coup